UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| VINCENT JONES, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | CAUSE NO. 3:17-CV-267-PPS-MGG |
| SUPERINTENDENT, | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

This matter is before the court on the habeas corpus petition filed by Vincent Jones, a pro se prisoner, attempting to challenge the prison disciplinary hearing where the Disciplinary Hearing Officer found him guilty of destroying State property. [DE 1 at 1.] As a result, Jones was sanctioned with the loss of 30 days earned credit time and was demoted from Credit Class 1 to Credit Class 2. [*Id.*] However, Jones' administrative appeal was granted, and his charge and conviction was lowered to refusing to comply with an order. [*Id.*] His earned credit time and credit class were restored. [DE 1-1 at 2.] Thus, Jones has not been deprived of a liberty interest as a result of this hearing.

A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because the disciplinary sanctions lengthening the duration of his confinement have already been overturned, habeas

corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

For the reasons set forth above, the Court **DENIES** the petition pursuant to Section 2254 Habeas Corpus Rule 4 and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

ENTERED: May 30, 2017.     s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**